Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**ORIGINAL**

UNITED STATES DISTRICT COURT

for the

~~Dallas~~ Texas
Northern District of ~~Columbia~~

Dallas Division

CLERK U.S. DISTRICT COURT
NORTHERN DIS... OF TX
FILED

2021 NOV 15 PM 2:23

DEPUTY CLERK_____mb

JOHN W. MILLER

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Robin S Rosenbaum

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **3-21CV2852-K**

_____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☑ Yes   ☐ No

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

#### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Williams Miller |
| Address | 1001 Ross Ave. #458 |
| | Dallas, TX 30024 |
| County | Dallas County |
| Telephone Number | 510-710-5239 |
| E-Mail Address | jwmiller382@icloud.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Robin S Rosenbaum |
| Job or Title *(if known)* | Appellate Court Judge |
| Address | 56 Forsyth Street, N.W. |
| | Atlanta, GA 30303 |
| County | Fulton County |
| Telephone Number | (404) 335-6100 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   City   State   Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   City   State   Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☑ Federal officials (a *Bivens* claim)

      ☐ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

- **FIRST AMENDMENT** - Denied access to jury. Case decided that can NEVER be overturned
- **FOURTH AMENDMENT** Denied right to be secure in private home
- **FIFTH AMENDMENT** Denied right to due process
- **SEVENTH AMENDMENT** Denied right to a jury. Evil/Corrupt judges can be stopped.
- **FOURTEENTH AMENDMENT-** Denied equal protection from racist domestic terrorists.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Eleventh Circuit Court of Appeals Case# 20-11575-EE

B. What date and approximate time did the events giving rise to your claim(s) occur?
John W Miller's U.S. Constitutional violation occured exaclty on the following dates as document in the case docket:
- 10-16-2020 Non-Published (Hidden) Appellate Order
- 12-11-2020 Appellate Direct Order clearly denying U.S. Constitutional Rights of John W Miller

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
- John W Miller, The only appellant and only legal witness involved in Eleventh Circuit Appeal Case 20-11575-EE of a District Court case where racist Judge Grimberg clearly had not read ANY (synonyms: NONE, EMPTY, VOID, etc..) of John W Miller's documented complaints issued an Order dismissing most of the defendants in the circuit court case without addressing ANY (e.g. ABSOLUTELY NONE) of John W Miller complaints!! Having had enough of Grimberg, John W Miller paid $500.00 to transfer this case to the Appellate Court to get him officially removed from that case.

- On 7-31-2021 and Eleventh Circuit Court Order terminated a defendants challenge to the Appellate court's authority over John W Miller's civil case. The Appellate court clearly established its superior jursdicational authority and should have permanently removed Grimberg from that case. That order specifically should have terminated Grimberg's judicial authority over that case on exactly 4/02/2020 in the lower court. (See attachment 1 - ORDER on 7/31/2020).    Continued on separate page 5

What are the facts underlying your claim(s)? **Continued**

On ***10/16/2020*** A panel of the 3 women Judges of which Rosenbaum was on all unanimously signed and ORDER (which they specifically directed the Clerk of Courts "**DO NOT PUBLISH**") did state to only Appellant John W Miller that:

- The request for protection from Appellant John W Miller to Rosenbaum because lower court case defendants attempted to end (*a documented state sponsored attempt on Plaintiff John W Miller's life*), Appellant John W Miller <u>was of no concern to Rosenbaum</u>

- The fact that Plaintiff John W Miller clearly did not waive and stated he wanted access to a DEMAND **JURY** TRIAL as GUARANTEED in the FRCP Rule 38 <u>was of no concern to Rosenbaum</u>

- The fact that Grimberg in his 4/2/2020 ORDER did not address ANY (synonyms: NONE, EMPTY, VOID, etc..) of Plaintiff John W Miller document complaints <u>was of no concern to Rosenbaum</u>

- The fact that documented DIRECT VIDEO EVIDENCE of felony trespass and felony theft by Defendants (out of jurisdiction police) with no warrant or probable cause <u>was of no concern to Rosenbaum</u>

- Rosenbaum and her fellow corrupt judges then stated that since Plaintiff John W Miller did not provide information on Grimberg's illegal **4/22/2020** ORDER (*NOTE the 7/31/2020 order terminated Grimberg's legal assignment as judge on Plaintiff John W Miller's case where Grimberg addressed NONE of Plaintiff John W Miller complaints!!!*) related to complaint questions then Appellant John W Miller's appeal was DENIED and Grimberg ORDER to terminate Plaintiff John W Miller's District court case was terminated. Being stunned Appellant John W Miller had questions. They include:

  - The Appellate Court Order on 7/31/2020 clearly terminated Grimberg as on Plaintiff John W Miller's case [where Grimberg addressed NONE (synonyms: EMPTY, VOID, etc..) of Plaintiff John W Miller's complaints?!]on 4/2/2020. So how can Grimberg issue any legally valid orders after 4/2/2020???

  - Given that Grimberg never addressed ANY (synonyms: NONE, EMPTY, VOID, etc..) complaints. How was it possible for even Plaintiff John W Miller

to answer his complaints that were NEVER ruled on/addressed by Grimberg???

*(It only mattered to Rosenbaum, and the rest of the racist Judges white female lynching mob (**RJWFLM**), that her fellow Jewish Judge Grimberg, who had absolutely no bench experience, illegal decision to terminate Plaintiff John W Miller's civil case be terminated... Well John W Miller was just one case. One Cherokee Indian that the **RJWFLM** could step on for Grimberg.)*

Appellant John W Miller, Cherokee American with absolutely no criminal record whatsoever, is/was stunned. Appellant John W Miller then sent in a motion requesting that they at least look at and rule on the DIRECT VIDEO EVIDENCE of felony trespass and felony theft carried out by "so-called police" that was already part of the Circuit case docket and was specifically not ruled on by Grimberg.

On ***12/11/2020 *** That Motion addressing *"Federal Rules of Evidence Rule 103 Appellant Constitutional Rights Violation"* <u>was of no concern to Rosenbaum</u> and as also DENIED. (See attached 2 - ORDER on 7/31/2020)

Whatever evidence or whatever Appellant John W Miller brought forth <u>was of no concern to Rosenbaum.</u> They're assumption of being poor and unable to $$$fight$$$ powerful Appellant Judges was greatly mistaken! **1) Robin S. Rosenbaum** and **2) Elizabeth L. Branch** will be brought into separately paid for District court in different parts of the country to individually explain their involvement, in front of a DEMAND **JURY** TRIAL in the separate District Courts, their direct involvement in the denial of Plaintiff John W Miller's:

- FIRST AMENDMENT - Denied access to jury. Case decided that can NEVER be overturned

- FOURTH AMENDMENT Denied right to be secure in private home

- FIFTH AMENDMENT Denied right to due process

- SEVENTH AMENDMENT Denied right to a jury. *Evil/Corrupt/Racist judges can be stopped.*

- FOURTEENTH AMENDMENT- Denied equal protection from racist domestic terrorists.

And lastly **3) Beverly Baldwin Martin** has "hastily" retired as a Eleventh Circuit Appellate Court Judge (she has turned in her resignation and says *hopes to do something more to help those "whose suffering I was not able to address as a judge,"* to President Biden, **….yeah right…**).

John W Miller has called the Eleventh circuit court recently on how to get Martin Process served. They say that there is no contact information that they can provided for Process Services of Martin now that she is a private citizen (a move to run and hide from John W Miller). John W Miller will pay a premium to a private investigator to find Beverly Baldwin Martin the last member of this evil **RJWFLM** so as John W Miller can, separately face Beverly Baldwin Martin in court.

John W Miller is forced to move against the evil members of **RJWFLM** separately (*individually*) to expose their covert predatory evil in their own custom DIVERSITY OF CITIZENSHIP Bivens Claims DEMAND **JURY** Case(s) in different parts of the country.

# THE 3 CORE QUESTIONS FOR THE DEMAND JURY TO RULE ON IN THIS CIVIL CASE FOR ROSENBAUM

The 3 CORE Questions in the Plaintiff selected/paid for (*14th Amendment backed right to select jurisdictional venue for DIVERSITY OF JURISDICTION BIVENS CLAIMS CIVIL DEMAND JURY CASES*) a DEMAND JURY in the **UNITED STATES DISTRICT COURT OF NORTHERN TEXAS** is the following:

**FIRST QUESTION:** In the context of the Eleventh Circuit Case # 20-11575-EE 7/31/2020 ORDER exactly what court has the singular jurisdictional authority over

John W Miller complaints between the period of 4/2/2020 and 10/16/2020. Which "singular" court orders are Appellant/Plaintiff John W Miller obey:

**A)** The Eleventh Circuit Court of Appeals who asserted jurisdictional authority over the lower court on 4/2/2020 (See attachment 1)

**B)** Or Grimberg's illegal desperate lower court 4/22/2020 order and later illegal case termination that all occurred **AFTER** 4/2/2020.

**EXACTLY WHICH COURT** (*There can't be dual jurisdictional authority*)**HAS JURISDICTIONAL AUTHORITY OVER JOHN W MILLER'S COMPLAINTS DURING THE PERIOD OF 4/2/2020 and 10/16/2020???**

**SECOND QUESTION:** Why did Robin S. Rosenbaum (and will also be asked of her fellow members of the *racist Judges white female lynching mob* ) in their Clerk directed "DO NOT PUBLISH" 10/16/2020 **"hidden"** ORDER provide a ruling supporting **Grimberg's illegal 4/22/2020 ORDER** rather **than the Grimberg 4/2/2020 ORDER that:**

- **Appellant John W Miller specifically he asked the Eleventh Circuit to rule on (***Grimberg "last" legal ORDER on 4/2/2020***) for legality (***which they did not address John W Miller's complaint on Grimberg's 4/2/2020 ORDER thus robbing Appellant John W Miller of the $500.00 filing fee)* **AND**

- **what the 7/31/2020 Eleventh Circuit Appeals Court ORDER asserted jurisdictional superior authority to rule on (***Grimberg "last" legal ORDER on 4/2/2020 NOT the Grimberg illegal 4/22/2020 ORDER***) over the lower court to rule on?????**

**THIRD QUESTION:** Why did Robin S. Rosenbaum specifically DENY (*See Attachment #2 Appellant ORDER to refuse* **Federal Rules of Evidence Rule 103. A BLATANT VIOLATION OF THE OATH** *Robin S. Rosenbaum* **TOOK TO DEFEND THE CONSTITUTION {ROSENBAUM, A TYRANT IN TRAINING}**) Appellant John W Miller's MOTION to **just look at** the DIRECT VIDEO EVIDENCE of felony trespass and felony theft crimes committed against Plaintiff John W Miller by defendants in he lower court case in question"that was already part of the lower court record and purposely omitted/ignored in Grimberg's last ORDER on

4/2/2020????  Exactly Why did Rosenbaum violate this clear U.S. Constitutionally back RULE?????

*....**Very very simple questions for Rosenbaum, also "tribally" Jewish like Grimberg,** (look like **tribal bias is playing the only motivation for Rosenbaum** ruling on **Grimberg's 4/22/2020 U.S. Constitutionally illegal order** since the Eleventh Circuit asserted jurisdictional superiority over the lower court on 7/31/2020)* **to answer in front of a DEMAND JURY......**

This originating DIVERISTY OF JURISDICTION/Bivens claims DEMAND JURY case for **Robin S. Rosenbaum** will occur by Plaintiff John W Miller (*U.S. Constitution 14th Amendment backed*) in the jurisdictionally "Plaintiff selected" and convenient **United States District Court of Northern Texas** literally right down the street from Plaintiff John W Miller's home.

## THIS IS CLEAR ABUSE OF POWER.

The United States Constitution was of no *cwas of oncern to Rosenbaum*

## IT WAS/IS A CONTINUED COORDINATED, SYSTEMATIC, PURPOSEFUL, EVIL AND BLATANT DENIAL OF "MULTIPLE" U.S.

# CONSTITUTIONAL RIGHTS OF PLAINTIFF JOHN W MILLER, A CHEROKEE AMERICAN, STRICTLY AND EXCLUSIVELY BECAUSE OF HIS RACE

Attachment #1

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-11575-EE

JOHN WILLIAMS MILLER,

                                                   Plaintiff-Appellant,

versus

CHRISTOPHER BYERS,
MICHAEL HOBBS,
CAROLINE YI,
JOHN CLIFTON,
BRIAN WEAVER, et al.,

                                                   Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

Before: WILSON, NEWSOM and BRANCH, Circuit Judges.

BY THE COURT:

      The Defendants-Appellees City of Johns Creek, Georgia, Brian Weaver, John Clifton, and Christopher Byers (collectively, "Johns Creek Defendants") moved to dismiss this appeal for lack of jurisdiction, arguing that the district court's April 2, 2020 order was not final. The April 2 order dismissed the claims against all defendants—some with prejudice and some without—but with leave to amend the claims that were dismissed without prejudice. In support, the Johns Creek Defendants cite *Grayson v. K Mart Corp.*, 79 F.3d 1086 (11th Cir. 1996), for the proposition that a complaint dismissed without prejudice that leaves open a means for the plaintiff to pursue his case is not a final, appealable order. However, unlike in *Grayson*, the district court's April 2 order

in this case was not effectively a transfer order. Plaintiff-Appellant John Williams Miller chose to stand on his complaint and file a notice of appeal before the time to amend had expired, rendering the district court's April 2 order final and appealable. *See Garfield v. NDC Health Corp.*, 466 F.3d 1255, 1260-61 (11th Cir. 2006). Therefore, we have jurisdiction to hear this appeal, and the Johns Creek Defendants' motion to dismiss is DENIED.

*Attachment #2*

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11575-EE

_____

JOHN WILLIAMS MILLER,

                                                                         Plaintiff - Appellant,

versus

CHRISTOPHER BYERS,
MICHAEL HOBBS,
CAROLINE YI,
JOHN CLIFTON,
BRIAN WEAVER, et al.,

                                                                     Defendants - Appellees.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

ORDER:

Appellant's "MOTION: Federal Rules of Evidence Rule 103 Appellant Constitutional Rights Violation" is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
- Financial damages
- denied equal protection under the law,
- emotional distress,
- Realization that the court system of the United States is still not fair to Cherokee Indians.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Actual Damages:

5 (lost job opportunities) * $200k/yr = $1,000,000.00
Maintain residence around nation(as refugee) = 60 months * $4k = $240k
TOTAL ACTUAL DAMAGES = $1.24 million

Punitive Damages: $1.76 million

TOTAL FINANCIAL DEMAND FROM ROSENBAUM = $3.0 million

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 15, 2021

Signature of Plaintiff

Printed Name of Plaintiff: John W Miller

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____ _____ _____
City                State              Zip Code

Telephone Number _____

E-mail Address _____

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John W. Miller

**(b)** County of Residence of First Listed Plaintiff: Dallas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Robin S. Rosenbaum

County of Residence of First Listed Defendant: Fulton County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED
NOV 15 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Diversity of Jurisdiction / Bivens Case / Demand Jury Trial
Brief description of cause:
Rosenbaum violated multiple U.S. Constitutional rights of John W. Miller

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____